# Order

Michigan Supreme Court
Lansing, Michigan

June 19, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

146611 & (100)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                      SC: 146611
                                      COA: 298643
                                      Wayne CC: 09-028750-FC

MARIO WILLIS,
      Defendant-Appellant.

_____/

      On order of the Court, the motion for miscellaneous relief is GRANTED. The application for leave to appeal the November 1, 2012 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 19, 2013



s0612

Clerk